

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00084-CV

MCALPINE FAMILY 2005 LIMITED PARTNERSHIP, Appellant

V.

THE ESTATE OF DOROTHY A. KNIGHT, AND VICTORIA SCHOTT RIDGE, TRUSTEE
FOR THE SCHOTT FAMILY TRUST, Appellee

On Appeal from the 115th District Court
Marion County, Texas
Trial Court No. 1200011

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

The parties have filed with this Court a joint motion to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1. *See* TEX. R. APP. P. 42.1. The parties represent to this Court that they have reached a full and final settlement. In such a case, no real controversy exists, and, in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Bailey C. Moseley
Justice


Date Submitted:       December 31, 2013
Date Decided:         January 2, 2014